IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-2147-AP

DINO CASTELLANO,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security
        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Joseph A. Whitcomb, Esq.
Rocky Mountain Disability Law Group
1391 Speer Blvd., Suite 705
Denver, CO 80204
Telephone: (303) 534-1954
Fax: (303) 534-1949
joe@RMDLG.com

For Defendant:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

David I. Blower
Special Assistant United States Attorney
1961 Stout Street, Suite 4169
Denver, Colorado 80294-4003
303-844-1571
303-844-0770 (facsimile)
David.blower@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed**: 8/12/13

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office**: 12/5/13

    **C.**    **Date Answer and Administrative Record Were Filed**: 1/30/14

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7. OTHER MATTERS**

The parties state that there are no other matters.

**8. BRIEFING SCHEDULE**[1]

    **A.**    **Plaintiff's Opening Brief Due**: 4/7/14

    **B.**    **Defendant's Response Brief Due**: 5/7/14

    **C.**    **Plaintiff's Reply Brief (If Any) Due**: 5/22/14

---

[1] The proposed briefing schedule departs from the ordinary briefing schedule by a week because Plaintiff's counsel has several briefs due at the end of March.

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    B.    **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

    A.    **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 19th day of February, 2014.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

                        John F. Walsh
                        United States Attorney

s/ Joseph A. Whitcomb                       **By:** s/ *David I. Blower*
Rocky Mountain Disability Law Group       Special Assistant U.S. Attorney
1391 Speer Blvd., Suite 705                   1001 17th Street
Denver, CO 80204                               Denver, CO 80202
Telephone: (303) 534-1954                   303-844-1571
Fax: (303) 534-1949                           303-844-0770 (facsimile)
joe@RMDLG.com                               David.blower@ssa.gov
Attorneys for Plaintiff                          Attorneys for Defendant