**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No.   13-cv-02147-RM

DINO CASTELLANO,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Raymond P. Moore, United States District Judge, on November 25, 2015,

IT IS ORDERED that the Court AFFIRMS the Defendant's denial of Supplemental Security Income benefits.

Dated at Denver, Colorado, this 25th day of November, 2015.

                BY THE COURT:

                JEFFREY P. COLWELL, CLERK

                By:   s/Deborah Hansen
                Deborah Hansen, Deputy Clerk